No. 76–948. LEIB ET AL. *v.* TWENTIETH CENTURY CORP. ET AL. C. A. 3d Cir. Motion of petitioners to dispense with printing petition and appendix and to impound to preserve confidentiality denied.

No. 75–657. LOCAL 3489, UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* USERY, SECRETARY OF LABOR. C. A. 7th Cir. [Certiorari granted, 424 U. S. 907.] Motion of petitioners for leave to file supplemental brief after argument granted.